UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
UNITED STATES OF AMERICA,

                 -against-

MIRALEM LJULJANOVIC,
                       Defendant.
--------------------------------------------------------------X

                       26 cr 113 (MKV)

                       **ORDER**

For the reasons stated at a bail appeal from the order of Magistrate Judge Robert W.

Lehrburger on April 2, 2026,

The bail imposed by Magistrate Judge Lehrberger is affirmed and continued at previously

set.

**SO ORDERED.**

                       _____
                             **JOHN G. KOELTL**
                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       April 3, 2026